| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANE EBERSOLE, | ) Case No.: 1:18-cv-1002 - JLT |
| Plaintiff, | ) ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN |
| v. | ) FORMA PAUPERIS |
| SOCIAL SECURITY ADMINISTRATION, et al., | ) |
| Defendants. | ) |

Lane Ebersole seeks to proceed *in forma pauperis* in this action for judicial review of the denial of her application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to the application, Plaintiff is not employed, and has no income. (Doc. 2 at 1) Plaintiff also indicates that she does not have any money in a checkings or savings account. (*Id.* at 2) As a result, the Court is unable to determine how Plaintiff is supporting herself, or if Plaintiff is dependent upon another individual who would be able to pay the filing fee.

///

1

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting herself, or her dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __**July 28, 2018**__  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE